UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TERRELL EDWARD JONES,<br><br>      Plaintiff,<br><br> v.<br><br>A. MASTANDREA,<br><br>      Defendant. | CASE NO. C19-6241 BHS-JRC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 26. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

 (1) The R&R is **ADOPTED**;

 (2) Defendant's motion to dismiss, Dkt. 17, is **GRANTED** in part and **DENIED** in part; and

 (3) Plaintiff's motion for summary judgment, Dkt. 21, is **DENIED**.

Dated this 14th day of December, 2020.

               _____
               BENJAMIN H. SETTLE
               United States District Judge

ORDER