UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TERRELL EDWARD JONES,

        Plaintiff,

v.

A. MASTANDREA,

        Defendant.

CASE NO. C19-6241 BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 44. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

    (1)    The R&R is **ADOPTED**;

    (2)    Defendant A. Mastandera's motion for judgment on the pleadings, Dkt. 37, is **GRANTED**;

    (3)    Plaintiff Terrell Jones's request for injunctive relief is **DISMISSED**, and this case is **DISMISSED with prejudice**; and

\

ORDER - 1

(4)   The Clerk shall enter JUDGMENT and close this case.

Dated this 3rd day of August, 2021.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER - 2